# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:19-CR-095-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CYIANA ASHLEY WOODS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal Indictment" (Document No. 53) filed April 29, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and it appearing that there no longer exists any danger to the attendant investigation, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal Indictment" (Document No. 53) is **GRANTED** and that the Bill of Indictment in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, the U.S. Marshals Service, Defense Counsel, and the United States Attorney's Office.

**SO ORDERED**.

Signed: April 29, 2021

David C. Keesler
United States Magistrate Judge